# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER BLAKE BARKSDALE,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**ANTONIO MCCLAIN, Warden,** )<br>)<br>Respondent. ) | Case No.  1:24-cv-1022-ACA-NAD |

## MEMORANDUM OPINION

The magistrate judge entered a report in which he recommended that the court dismiss Christopher Blake Barksdale's petition, filed pursuant to 28 U.S.C. § 2254, as unexhausted. (Doc. 13). The magistrate judge notified the parties of their right to file specific written objections within fourteen days (*id*. at 8–9), but that time expired without the court receiving any objections. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Accordingly, the court will **DISMISS** this petition for writ of habeas corpus **WITHOUT PREJUDICE** to allow Mr. Barksdale to exhaust his state court remedies.

Because the petition does not present issues that are debatable among reasonable jurists, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

**DONE** and **ORDERED** this December 5, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE